UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
1976 J.J. DELI GROCERY CORP.,

                Plaintiff,

-against-

FOOD AND NUTRITION SERVICE,

                Defendant.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/16/2021

20 **CIVIL** 10203 (CM)

## JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Decision and Order dated June 15, 2021, the Government's motion to dismiss is therefore granted, and the complaint is dismissed; accordingly, this case is closed.

**Dated:** New York, New York

       June 16, 2021

**RUBY J. KRAJICK**

**Clerk of Court**

BY: _____
      **Deputy Clerk**